UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

RICHARD JONES, JR., )
)
    Petitioner, )
)
v. ) Nos.: 3:00-CR-131
) 3:07-CV-328
UNITED STATES OF AMERICA, ) (VARLAN/GUYTON)
)
    Respondent. )

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED**. The pending motion for relief and motion to strike are **DENIED** as **MOOT**. The Clerk is **DIRECTED** to close this civil file.

**E N T E R :**

                                    s/ Thomas A. Varlan
                                    UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ *Patricia L. McNutt*
      CLERK OF COURT